1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

4 | REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022

7 | FAX: (415) 436-6748
rebecca.falk@usdoj.gov

8

Attorneys for Defendant

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN S. LEE, | No. 12-02963-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES, | |
| Defendant. | |

**STIPULATION**

Plaintiff Susan S. Lee ("Plaintiff"), *pro se*, and defendant Patrick R. Donahoe, Postmaster General of the United States ("Defendant"), by and through his counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint in this action on June 7, 2012. Docket No. 1. Plaintiff declined to proceed before a United States Magistrate Judge and this matter was reassigned to the Honorable Jeffrey S. White. Docket No. 3, 6.

2. This Court scheduled a Case Management Conference for September 13, 2012. Docket No. 7.

JOINT STIPULATION TO CONTINUE CMC
12-02963-JSW

3. In response to Plaintiff's Complaint, Defendants have filed with this Court a Motion to Dismiss. Docket No. 8.

4. The hearing for the Motion to Dismiss is set for October 5, 2012 at 9 a.m.

5. Plaintiff and Defendant seek to continue the Case Management Conference to the hearing date set for the Motion to Dismiss, or a date thereafter at the Court's convenience. Case Management Statements will be filed by the parties by September 28, 2012.

IT IS SO STIPULATED.

Dated: August 7, 2012

Respectfully Submitted,

MELINDA HAAG
United States Attorney

/s/ Rebecca A. Falk
REBECCA A. FALK
Assistant United States Attorney

Dated: August 9, 2012

By: Susan Lee

SUSAN S. Lee
Plaintiff In Pro Per

[PROPOSED] ORDER

Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference scheduled for September 14, 2012 will be continued until ~~October 5, 2012 at 9:00 a.m.~~ December 14, 2012 at 1:30 p.m. Case Management Statements will be filed by ~~September 28, 2012.~~ December 7, 2012.

IT IS SO ORDERED.

Dated: August 24, 2012

HONORABLE JEFFREY S. WHITE
United States District Judge

JOINT STIPULATION TO CONTINUE CMC
12-02963-JSW