IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN S. LEE, | |
| Plaintiff, | No. C 12-02963 JSW |
| v. | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES, | **ORDER OF DISMISSAL** |
| Defendant. | |

On October 1, 2012, this Court issued an order granting Defendant's motion to dismiss, but granting Plaintiff an opportunity to file an amended complaint by no later than October 26, 2012. Having failed to file an amended complaint, this matter is DISMISSED. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUSAN S. LEE,

    Plaintiff,

v.

PATRICK R. DONAHOE et al,

    Defendant.
_____/

Case Number: CV12-02963 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan Lee
206 Madrid Street
San Francisco, CA 94112

Dated: January 9, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk